UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAYQUAWNN WILLIAMS, on
her own behalf and on behalf of
those similarly situated,

    Plaintiff,

v.                                                     Case 1:14-cv-01371-CAP

FENG SHENG CHINA BUFFET INC,
a Georgia For-Profit Corporation dba
5 STAR CHINA BUFFET, JUN
JU CHEN, a/k/a JACK CHEN, an
Individual and VICKIE CHEN, an
Individual,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, JAYQUAWNN WILLIAMS, on her own behalf and on behalf of those similarly situated, by and through counsel, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), voluntarily dismisses this case and any and all claims asserted herein, with prejudice, as she has resolved her claim without compromise, with attorneys' fees negotiated separately.

Dated: this 16TH day of July, 2014.

/s/TODD MAZIAR
Todd K. Maziar, Esquire
GA Bar No.:  479860
MORGAN & MORGAN, P.A.
*For all correspondence:*
P.O. Box 57007
Atlanta, GA 30303
*Physical Address:*
191 Peachtree St., NE
Suite 4200
Atlanta, GA 30303
Tel: 404-965-8875
Fax: 404-720-3864
E-mail: tmaziar@forthepeople.com

*Trial Counsel for Plaintiff*

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULES 7.1D AND 5.1B

Pursuant to Local Rules 7.1D and 5.1B, the undersigned counsel hereby certifies that the foregoing document complies with the requirements as to font in that it has been prepared in Times New Roman, 14 point.

/s/ TODD K. MAZIAR
TODD K. MAZIAR, ESQ.